IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-68-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERIC GRANT SMITH, ) | |
| ) | |
| Defendant. ) | |

The trial is set for Wednesday, February 1, 2012. Jury selection will begin at 10:00 a.m. The evidence presentation and arguments will take no longer than three days.

SO ORDERED. This 30 day of November 2011.

JAMES C. DEVER III
Chief United States District Judge